IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY LAVELL ROBERTS, ) | |
| # 01629756, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:22-CV-2822-K-BH |
| ) | |
| DALLAS DA'S OFFICE, ET AL., ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's post judgment filing, received on February 21, 2023 (doc. 21), is liberally construed as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) and **DENIED**.

SO ORDERED.

Signed March 15, 2023.

*Ed Kinkeade*
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**